# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

John Westover

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Joan A. Harvill

Firm Name: International Law Center of D.C.

Post Office Box:

Street Address: 1000 Connecticut Avenue N.W. Suite 600

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 466-6346 Fax: (202) 331-3759

E-mail address: Abogadaxyz@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of Settlement Agreement seeking recession with reinstatement and back pay.

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $608,847.00 Approximately

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005