**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN WESTOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1398C |
| v. | ) | (Judge Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 30 calendar days, to and including March 30, 2006, in which to respond to plaintiff's complaint. Defendant's response is presently due February 28, 2006. This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiff's counsel, and plaintif's counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. We timely requested a litigation report from the appropriate agency, the United States Department of Agriculture, but have not yet received such report. See 28 U.S.C. § 520. Thus, the additional time requested is necessary for counsel to adequately investigate this case so that we may appropriately respond to plaintiff's complaint. Moreover, Government counsel is handling several other matters before this Court and the United States Court of Appeals for the Federal Circuit which have deadlines in March 2006 (Asia Pacific Airlines v. United States, Fed.

Cir. No. 06-5044, brief due on March 6, 2006; Simone Anderson v. United States, Fed. Cl. No. 03-2671, supplemental briefing on authority due March 14, 2006; Grenier v. Department of Justice, Fed. Cir. No. 05-3213, brief due March 17, 2006; Advanced Team Concepts v. United States, Fed. Cl. No. 02-197, response brief on motion for summary judgment on damages due March 17, 2006, oral argument on motion for summary judgment on March 28, 2006).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

February 28, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of February, 2006, a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 28th day of February, 2006, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Joan Augusta Harvill
International Law Center of D.C.
1000 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice