# A P P E N D I X

# INDEX TO APPENDIX

**DOCUMENT** **PAGE(S)**

Witness Affidavit of Rene E. Wing, U.S. Department of Agriculture
(August 24, 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3