**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**05-1398 C**

**JOHN WESTOVER,** :
**Plaintiff,**

**v.** :

**THE UNITED STATES,**
**Defendant.** :

**PLAINTIFF'S, JOHN WESTOVER, MOTION TO EXTEND TIME**

COMES NOW, Plaintiff, John Westover, and by and through his Attorney of Record, Joan A. Harvill, respectfully moves this court to grant this Motion to Extend Time to permit Plaintiff an additional 10 days within which to file his Opposing Points and Authorities to Defendant's Motion to Dismiss the Complaint, and as grounds therefore avers the following:

CERTIFICATE OF COUNSEL

I certify an inquiry was made to Counsel for Defendant by Telephone as to Defendant's position on this Motion. Defendant was not available and a message was left. As of this writing there has been no reply to the inquiry, and I am unable to state Defendant's position on this Motion.

/s/ Joan A. Harvill

Joan A. Harvill

Plaintiff's Attorney due to a heavy work load requires additional time to respond to Defendant's lengthy motion to dismiss the complaint that raises complex issues requiring considerable research that is exacting and time consuming.

Accordingly Plaintiff requests an additional 5 business days in which to respond

to Defendant's Motion.

POINTS AND AUTHORITIES:

RCFC 6 authorizes this court to grant an extension of time.

Defendant sought and was granted an Unopposed Motion for an Extension of Time to file an Answer to the Complaint, and will not be prejudiced by this brief extension of time for Plaintiff to respond to that lengthy motion.

WHEREFORE, for all the reasons set forth herein, Plaintiff respectfully requests this Honorable Court grant this Motion.

/s/ Joan A. Harvill

Joan A. Harvill
D.C. Bar No: 309112
1000 Connecticut Avenue NW
Suite 600
Washington, D.C. 20036
(202) 466-6346

CERTIFICATE OF SERVICE:

I certify a copy of Plaintiff's Motion to Extend Time was electronically filed with the court and electronically served upon the following on April 26, 2006:

Steven Mager, Commercial Litigation Branch, Civil Division, Department of Justice, Classification Unit, 8th Floor, 1100 L. Street NW, Washington, D.C. 20530.

/s/ Joan A. Harvill

Joan A. Harvill