3 pages
Re: Cancellation of Certificate

Eileen B Cramer
11/10/2004 07:39 AM

To: Roxanne C Mullaney/NY/APHIS/USDA@USDA
cc:
Subject: Re: VSCP Package - follow-up

You are forced to hire no one. You can cancel the Certificate - it is your position. The VSMT no longer reviews your final decision.

Hope this helps. Please let me know what you would like to do.

Eileen

Roxanne C Mullaney

Roxanne C Mullaney
11/09/2004 04:51 PM

To: Eileen B Cramer/MD/APHIS/USDA@USDA
cc:
Subject: Re: VSCP Package - follow-up

I had a long conversation with Dave today on this. Both he and I have been working on references, etc. for the candidates we are able to reach on the list. Neither Dr. Westover nor Dr. Wright are candidates we would like to consider for this position based on references we spoke with. Both appear to be technically capable, but both may have difficulty with team interaction and communication skills. Oddly, Dr. Westover was a sterling speaker in his interview, but all the people I spoke with said he most likely projected something unrealistic in terms of his knowledge, work ethic, and goals. I had interviewed Dr. Wright previously, so was not surprised by the comments of her references.

What options do we have since this is a VSCP situation? Can we decline everyone, or are we going to be forced to hire someone?

Roxanne
Eileen B Cramer

Eileen B Cramer
11/09/2004 12:57 PM

To: Roxanne C Mullaney/NY/APHIS/USDA@USDA
cc: David C Smith/NY/APHIS/USDA@USDA
Subject: VSCP Package - follow-up

Hi Dr. Mullaney,

I just wanted to make sure that you did receive the VSCP package for Dr. Smith's New York position.

Could you please let me know, and of course please let me know if you have any questions.

Thanks,

Eileen

Exhibit G12
Page 1 of 6

Eileen B Cramer/MD/APHIS/USDA
11/10/2004 08:08 AM

To Roxanne C Mullaney/NY/APHIS/USDA@USDA, David C Smith/NY/APHIS/USDA@USDA
cc Lisa E Heath/MN/APHIS/USDA@USDA
bcc
Subject Re: VSCP - Cancel Certificate 2487-2004-0132

We will go out with the announcements for the next VSCP probably in late Dec. I will cancel the Western, NY, Certificate - 2487-2004-0132 per your request.

Let me know if you have any additional questions.

Roxanne C Mullaney

**Roxanne C Mullaney**
11/10/2004 08:00 AM

To: Eileen B Cramer/MD/APHIS/USDA@USDA
cc:
Subject: Re: VSCP Package - follow-up

We would like to cancel the Certificate in this case. When is the next announcement under VSCP? If it is going to be a while, I might request direct hire from our regional office.

Thanks for your help.
Eileen B Cramer

**Eileen B Cramer**
11/10/2004 07:39 AM

To: Roxanne C Mullaney/NY/APHIS/USDA@USDA
cc:
Subject: Re: VSCP Package - follow-up

You are forced to hire no one. You can cancel the Certificate - it is your position. The VSMT no longer reviews your final decision.

Hope this helps. Please let me know what you would like to do.

Eileen

Roxanne C Mullaney

**Roxanne C Mullaney**
11/09/2004 04:51 PM

To: Eileen B Cramer/MD/APHIS/USDA@USDA
cc:
Subject: Re: VSCP Package - follow-up

I had a long conversation with Dave today on this. Both he and I have been working on references, etc. for the candidates we are able to reach on the list. Neither Dr. Westover nor Dr. Wright are candidates we would like to consider for this position based on references we spoke with. Both appear to be technically capable, but both may have difficulty with team interaction and communication skills. Oddly, Dr. Westover was a sterling speaker in his interview, but all the people I spoke with said he most likely projected something unrealistic in terms of his knowledge, work ethic, and goals. I had interviewed Dr. Wright previously, so was not surprised by the comments of her references.

What options do we have since this is a VSCP situation? Can we decline everyone, or are we going to be forced to hire someone?

Lisa E Heath/MN/APHIS/USDA
11/10/2004 11:48 AM

To Eileen B Cramer/MD/APHIS/USDA@USDA
cc
bcc
Subject Re: VSCP - Cancel Certificate 2487-2004-0132

Hi Eileen,

I did receive it. This vacancy has been canceled.

Lisa Heath
Human Resources Assistant (Staffing)
Ph: 612-336-3407
Fax: 612-370-2209
Eileen B Cramer

Eileen B Cramer
11/10/2004 10:42 AM

To: Lisa E Heath/MN/APHIS/USDA@USDA
cc:
Subject: Re: VSCP - Cancel Certificate 2487-2004-0132

Hi Lisa,

Can you confirm that you received this message and that the NY vacancy will be cancelled with no selections?

Thanks!

----- Forwarded by Eileen B Cramer/MD/APHIS/USDA on 11/10/2004 11:41 AM -----

Eileen B Cramer
11/10/2004 08:08 AM

To: Roxanne C Mullaney/NY/APHIS/USDA@USDA, David C Smith/NY/APHIS/USDA@USDA
cc: Lisa E Heath/MN/APHIS/USDA@USDA
Subject: Re: VSCP - Cancel Certificate 2487-2004-0132

We will go out with the announcements for the next VSCP probably in late Dec. I will cancel the Western, NY, Certificate - 2487-2004-0132 per your request.

Let me know if you have any additional questions.

Roxanne C Mullaney

Roxanne C Mullaney
11/10/2004 08:00 AM

To: Eileen B Cramer/MD/APHIS/USDA@USDA
cc:
Subject: Re: VSCP Package - follow-up

We would like to cancel the Certificate in this case. When is the next announcement under VSCP? If it is going to be a while, I might request direct hire from our regional office.

Thanks for your help.
Eileen B Cramer

CERTIFICATE OF ELIGIBLES



STAFFING

CERTIFICATE NUMBER: MRP-DOA-2487-2004-0132-001-S-0

Issued On: 9/23/04

Return by: 11/8/04

Ext: 12/23/04

TYPE OF APPOINTMENT: VSCP - FT-Career/Career Conditional

OCCUPATION: Veterinary Medical Officer

PAY-SERIES-GRADE: GS-0701A-09

LOCATION: Western New York, NY

| AGENCY ACTION | RATING | VET | NAME/ADDRESS/PHONE | SSN |
|---|---|---|---|---|
| GRADE: 09 | | | | |
| CA | 90.21 | NV | [redacted] #1 | SSN: [redacted] |
| ↓ | 83.53 | NV | [redacted] #2 | SSN: [redacted] |

This Certificate is valid only for the position, grade and duty location shown on the SF-39. This office has verified that veterans who claim 5 point tentative veteran preference (TP) are entitled to it under 5 USC 2108, as amended. Veterans who serve after October 14, 1976 must also prove service in a campaign or expedition for which a Medal or badge was authorized. Selections made from overdue certificates will be considered invalid.

Cert returned unused. No Selections cancel

Audited
CMA 11/10/04

Exhibit G12
Page 4 of 6

CERTIFICATE OF ELIGIBLES



STAFFING
CERTIFICATE NUMBER: MRP-DOA-2487-2004-0132-002-S-0
Issued On: 9/23/04
Return by: 11/8/04

TYPE OF APPOINTMENT: VSCP - FT - Career/Career Conditional
OCCUPATION: Veterinary Medical Officer
PAY-SERIES-GRADE: GS-0701A-11
LOCATION: Western New York, NY

| AGENCY ACTION | RATING | VET | NAME/ADDRESS/PHONE | SSN |
|---|---|---|---|---|
| GRADE: 11 | | | | |
| CA | 105.62 | CP | WESTOVER, JOHN<br>701 BENTLEY PLACE<br>FORT COLLINS, CO 80526<br>Phone: 970-223-4817 | SSN [redacted] |
| | 91.25 | NV | [redacted] #1 | SSN [redacted] |
| | 87.98 | NV | [redacted] #3 | SSN: [redacted] |
| | 85.12 | NV | [redacted] #2 | SSN: [redacted] |

This Certificate is valid only for the position, grade and duty location shown on the SF-39. This office has verified that veterans who claim 5 point tentative veteran preference (TP) are entitled to it under 5 USC 2108, as amended. Veterans who serve after October 14, 1976 must also prove service in a campaign or expedition for which a Medal or badge was authorized. Selections made from overdue certificates will be considered invalid.

Cert returned unused. No Selections - Cancel

Audited CMA [illegible]

Exhibit G12
Page 5 of 6

CERTIFICATE OF ELIGIBLES



STAFFING
CERTIFICATE NUMBER: MRP-DOA-2487-2004-0132-003-S-0
Issued On: 9/23/04
Return by: 11/8/04

TYPE OF APPOINTMENT: VSCP - FT - Career/Career Conditional
OCCUPATION: Veterinary Medical Officer
PAY-SERIES-GRADE: GS-0701A-12
LOCATION: Western New York, NY

| AGENCY ACTION | RATING | VET | NAME/ADDRESS/PHONE | SSN |
|---|---|---|---|---|
| GRADE: 12 | | | | |
| CA | 105.74 | CP | WESTOVER, JOHN<br>701 BENTLEY PLACE<br>FORT COLLINS, CO 80526<br>Phone: 970-223-4817 | SSN: [redacted] |
| ✓ | 90.08 | NV | [redacted] #1 | SSN: [redacted] |

This Certificate is valid only for the position, grade and duty location shown on the SF-39. This office has verified that veterans who claim 5 point tentative veteran preference (TP) are entitled to it under 5 USC 2108, as amended. Veterans who serve after October 14, 1976 must also prove service in a campaign or expedition for which a Medal or badge was authorized. Selections made from overdue certificates will be considered invalid.

Cert returned unused. No Selections - Cancel.

Audited

Exhibit G12
Page 6 of 6