**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**05-1398 C**

**JOHN WESTOVER, :**
**Plaintiff,**

**v. : Judge Miller**

**THE UNITED STATES,**
**Defendant. :**

**PLAINTIFF'S, JOHN WESTOVER, PRAECIPE**

**CLERK OF THE COURT PLEASE TAKE NOTE:**

Plaintiff, John Westover, hereby withdraws his Motion to Extend Time filed April 27, 2006 to file his Opposing Points and Authorities to Defendant's Motion to Dismiss the Complaint. The Motion is moot since the Opposition was filed on April 27, 2006 and the deadline is April 28, 2006.

Respectfully,

/s/ Joan A. Harvill
Joan A. Harvill
1000 Connecticut Avenue NW
Suite 600
Washington, D.C. 20036
(202) 466-6346

CERTIFICATE OF SERVICE:

I certify a copy of the foregoing Praecipe was electronically filed with the court and electronically filed upon the following on April 27, 2006 and mailed by first class mail postage prepaid to the following on April 28, 2006:

Steven Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, Attn: Classification Unit, 8th Floor, 1100 L. Street NW, Washington, D.C. 20530.

/s/ Joan A. Harvill
Joan A. Harvill