# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOHN WESTOVER,** *

Plaintiff, *

v. * No. 05-1398C

**THE UNITED STATES,** * (Filed May 22, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Argument on Defendant's Motion To Dismiss shall be held at 10:00 a.m. on Friday, June 16, 2006, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge