United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 30, 2006

Gregory C. Langham, Clerk
United States District Court for
the District of Colorado
Alfred A. Arraj U.S. Courthouse
909 19th Street, Room A-105
Denver, CO 80294-3589

***Re:*** ***<u>John Westover v. United States,</u>***
***No. 05-1398 C***

Dear Mr. Langham:

Pursuant to this Court's Memorandum Opinion and Order filed on June 28, 2006, the above captioned case has been transferred to your court. Enclosed, please find certified copies of the transfer order, docket sheet, and documents that comprise the record in this case.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Case Manager

Enclosures

cc: Judge Christine Odell Cook Miller
Joan A. Harvill, Esquire
Stephen M. Mager, Esquire